Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Debbie Leal Guerrero

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

DEBBIE LEAL GUERRERO,

PLAINTIFF,

No. 2:26-cv-1992-JDP

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

----------------------------------------------------------

**~~PROPOSED~~ ORDER**

Before the Court is the Stipulation, filed by Plaintiff, Debbie Leal Guerrero, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until November 6, 2026, to file her Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to December 7, 2026. Plaintiff's deadline to file a reply brief, if any, is extended to December 21, 2026.

IT IS SO ORDERED.

Dated: September 10, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE